UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Mark A. Murphy, et al., | Case No.: 2:22-cv-01549-CDS-EJY |
| Plaintiffs | |
| v. | **Order Granting Motion to Remand** |
| Matthew Beasley, et al., | [ECF No. 2] |
| Defendants | |

This case is related to the SEC action filed separately in this court.[1] The receiver in this case filed a motion on November 18, 2022, under 28 U.S.C. § 1452(b) seeking to remand this matter to back to state court. ECF No. 2. That motion includes notice of a hearing on the motion on December 16, 2022. *Id.* at 2. The hearing was held, and no one appeared to oppose or object to the motion. ECF Nos. 8, 9.

Accordingly, having considered the motion, and there being no opposition or objection thereto, IT IS HEREBY ORDERED that the **motion to remand [ECF No. 2] is GRANTED**.

The Clerk of Court is directed to REMAND this case to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-22-849806-B, Department 22, and CLOSE THIS CASE.

DATED: January 20, 2023

_____
Cristina D. Silva
United States District Judge

---

[1] *See generally* 2:22-cv-612-CDS-EJY, *SEC v. Matthew Beasley, et al.*